```
           UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 14698
    LARRY VILLAGOMEZ
    YOLANDA VILLAGOMEZ                          CHAPTER 13

                                                JUDGE: MANUEL BARBOSA
              Debtor
    SSN XXX-XX-3826    SSN XXX-XX-5884
```

---
                TRUSTEE'S FINAL REPORT AND ACCOUNT
---

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.   The case was filed on 08/14/07 and confirmed on 10/23/07.

   2.   The case was converted to Chapter 7 after confirmation, 03/10/2008.

   3.   The Debtor paid a total of $   3300.00 .

   4.   The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CHASE HOME FINANCE | CURRENT MORTG | .00 | .00 | .00 |
| CHASE HOME FINANCE | SECURED | .00 | .00 | .00 |
| ECAST SETTLEMENT CORP | SECURED | 500.00 | 5.71 | 69.29 |
| DELL FINANCIAL SERVICES | SECURED | 200.00 | 1.95 | 73.05 |
| WELLS FARGO FINANCIAL AC | SECURED VEHIC | 6079.91 | 139.72 | 985.28 |
| GE MONEY BANK | SECURED | 600.00 | 7.09 | 68.04 |
| AMERIQUEST | UNSECURED | NOT FILED | .00 | .00 |
| BLAIR | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| SMC | UNSECURED | NOT FILED | .00 | .00 |
| CHASE MANHATTAN BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| CHASE MANHATTAN BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| CHILDRENS PLACE | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK NA | UNSECURED | NOT FILED | .00 | .00 |
| COUNTRY DOOR | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER BANK | UNSECURED | NOT FILED | .00 | .00 |
| EXPRESS | UNSECURED | NOT FILED | .00 | .00 |
| GAP | UNSECURED | NOT FILED | .00 | .00 |
| GINNYS | UNSECURED | NOT FILED | .00 | .00 |
| CITICARDS PRIVATE LABEL | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| INOVISION | UNSECURED | NOT FILED | .00 | .00 |
| KOHLS | UNSECURED | NOT FILED | .00 | .00 |
| LOWES | UNSECURED | NOT FILED | .00 | .00 |
| FEDERATED RETAIL HOLDING | UNSECURED | NOT FILED | .00 | .00 |
| FEDERATED RETAIL HOLDING | UNSECURED | NOT FILED | .00 | .00 |
| MASON DIRECT | UNSECURED | NOT FILED | .00 | .00 |

```
MEIJER                        UNSECURED       NOT FILED             .00          .00
MIDNIGHT VELVET               UNSECURED       NOT FILED             .00          .00
PAYDAY LOAN STORE OF IL       UNSECURED       NOT FILED             .00          .00
SEVENTH AVENUE                UNSECURED       NOT FILED             .00          .00
SHORT TERM LOAN               UNSECURED       NOT FILED             .00          .00
WORLD FINANCIAL NETWORK       UNSECURED       NOT FILED             .00          .00
RETAILERS NATL BANK           UNSECURED       NOT FILED             .00          .00
THE SWISS COLONY              UNSECURED       NOT FILED             .00          .00
WORLD FINANCIAL NETWORK       UNSECURED       NOT FILED             .00          .00
VON MAUR                      UNSECURED       NOT FILED             .00          .00
WASHINGTON MUTUAL CARD S      UNSECURED       NOT FILED             .00          .00
WASHINGTON MUTUAL CARD S      UNSECURED       NOT FILED             .00          .00
WELLS FARGO FINANCIAL AC      UNSECURED       NOT FILED             .00          .00
SEARS                         UNSECURED       NOT FILED             .00          .00
CITICARDS PRIVATE LABEL       UNSECURED       NOT FILED             .00          .00
DAIMLER CHRYSLER FINANCI      SECURED VEHIC         .00             .00          .00
CHASE HOME FINANCE            MORTGAGE ARRE      976.43             .00       976.43
CHASE HOME FINANCE            MORTGAGE ARRE      307.06             .00       307.06
DELL FINANCIAL SERVICES       UNSECURED         1045.86             .00          .00
ECAST SETTLEMENT CORP         UNSECURED         2259.53             .00          .00
       Summary of disbursements:
------------------------------------------------------------------------------------
                      SECURED      PRIORITY    UNSECURED        OTHER         TOTAL
------------------------------------------------------------------------------------
TOTAL CLMS ALLOWED    8663.40           .00      3305.39          .00      11968.79
PRINCIPAL PAID        2479.15           .00          .00          .00       2479.15
INTEREST PAID          154.47           .00          .00          .00        154.47
TOTAL PAID            2633.62           .00          .00          .00       2633.62
```

The Debtor's attorney, PETER FRANCIS GERACI          , was allowed $   3500.00
and was paid $    2300.00  direct and $     517.88  through the plan.

The Trustee received $     148.50 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


      Dated: 06/26/08                    /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE

```
                              PAGE  3
      CASE NO. 07 B 14698 LARRY VILLAGOMEZ & YOLANDA VILLAGOMEZ
```